WEISS *v.* HOOD, warden.

WYATT, Justice. This case is controlled by the rulings in *Stewart* v. *Sanders,* 199 *Ga.* 497 (34 S. E. 2d, 649).
*Judgment affirmed. All the Justices concur, except Head, J., disqualified.*
No. 15246. SEPTEMBER 7, 1945.

*H. A. Allen, Gertrude Harris,* and *A. L. Henson,* for plaintiff.
*T. Grady Head, attorney-general, L. C. Groves* and *N. J. Smith, assistant attorneys-general,* for defendant.